UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZARAH ZAMBRANO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-01234-KES-CDB<br><br>ORDER DIRECTING PLAINTIFFS TO FILE A MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR ZARAH ZAMBRANO<br><br><u>14-DAY DEADLINE</u> |

      Plaintiffs, Zarah Zambrano, a deceased minor, by and her successors in interest, Dutchlynn Broitzmann and Oscar Zambrano ("O. Zambrano"), by and through their purported guardians *ad litem*, initiated this action with the filing of a complaint on October 9, 2024.  (Doc. 1).  The complaint alleges that Zarah Zambrano is the deceased minor child of Broitzmann and O. Zambrano.  (*Id.* at ¶ 1–4).  The complaint further alleges that Broitzmann and O. Zambrano, as Zambrano's natural parents whose parental rights were never terminated, have standing as Zambrano's rightful heirs under C.C.P. § 377.60(a) and Probate Code § 6402(b) and § 6450(a) to bring this action.  (*Id.* at ¶ 4).  There is no known guardian or conservator on behalf of Zambrano to initiate a claim or lawsuit.  (*Id.* at ¶ 5).

      Pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the

1

appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

E.D. Cal. L.R. 202(a) (citing Fed. R. Civ. P. 17(c)).

Because the claims of decedent minor Plaintiff Zambrano may only be brought "by a next friend or guardian ad litem," a guardian must be appointed by the Court to protect the minor's interests. *See* Fed. R. Civ. P. 17(c)(2). As of the date of entry of this Order, Plaintiffs have presented neither "appropriate evidence of the appointment of a representative for the minor or incompetent person under state law" or a motion in this Court for the appointment of a guardian ad litem.

Accordingly, IT IS HEREBY ORDERED, Plaintiffs shall file within 14 days of service of this order a motion for the appointment of a guardian ad litem for decedent minor Plaintiff Zambrano consistent with Fed. R. Civ. P. 17 and Local Rule 202.

IT IS SO ORDERED.

Dated: __**October 18, 2024**__                    _____
                                                    UNITED STATES MAGISTRATE JUDGE