1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ZARAH ZAMBRANO, ET AL.,            Case No. 1:24-cv-01234-KES-CDB

12              Plaintiffs,              ORDER ON STIPULATION EXTENDING
                                         TIME TO RESPOND TO COMPLAINT
13         v.
                                         (Doc. 23)
14   COUNTY OF KERN, ET AL.,
                                         ORDER CONTINUING SCHEDULING
15              Defendants.              CONFERENCE TO FEBRUARY 6, 2025, AT
                                         9:00 A.M.
16

17

18       Pending before the Court is the parties' first stipulated request to extend time for

19  Defendant County of Kern to file their responsive pleading to the complaint. (Doc. 23).  The

20  parties represent that Defendant County of Kern has not yet appeared in this action but has been

21  served on November 6, 2024, with a responsive pleading due on or before November 27, 2024.

22  *Id.* at 2.  A review of the docket confirms a proof of service on Defendant, filed November 13,

23  2024, evidencing service of process on November 6, 2024. (Doc. 19).  Plaintiffs have agreed to

24  extend the time for Defendant County of Kern to file a responsive pleading to Plaintiffs'

25  complaint on or before January 3, 2025. (Doc. 23 p. 2).  No other Defendants have appeared or

26  filed any responsive pleading.

27  ///

28  ///

1    In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED Defendant County of Kern shall have until **January 3, 2025**, to file an answer or other responsive pleading to Plaintiffs' complaint.  *See* Local Rule 144(a).

And it is FURTHER ORDERED that the scheduling conference set for January 14, 2025, is continued to February 6, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 21, 2024**    _____
                                    UNITED STATES MAGISTRATE JUDGE