|   |   |
|---|---|
| ZARAH ZAMBRANO, ET AL., | Case No. 1:24-cv-01234-KES-CDB |
| Plaintiffs, | ORDER ON SECOND STIPULATION EXTENDING *NUNC PRO TUNC* TIME TO RESPOND TO COMPLAINT |
| v. |  |
| COUNTY OF KERN, ET AL., | (Doc. 31) |
| Defendants. |  |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Pending before the Court is the parties' second request to extend time for Defendants County of Kern, Sabrina Neubauer, and Tanya Winston ("requesting County Defendants") to file their responsive pleading to the complaint. (Doc. 31). The parties represent that Defendants County of Kern, Sabrina Neubauer, and Tanya Winston have not yet appeared in this action but have been served with process on November 6, 2024, November 7, 2024, and November 13, 2024, respectively. *Id.* Therefore, Defendant Sabrina Neubauer's responsive pleading was due on November 27, 2024, and Defendant Tanya Winston's responsive pleading is due on or before December 4, 2024. *Id.* Defendant County of Kern's responsive pleading is currently due on or before January 3, 2025, pursuant to a prior stipulation of the parties. *Id.*; (*see* Doc. 24). Remaining County Defendants Guadalupe Monreal, Jennifer Ramirez, Christina Alegria, Tiffany Jones, and Sharon Fleming ("remaining County Defendants") (collectively, with

requesting County Defendants, "County Defendants") have signed a Waiver of Service of Summons on November 20, 2024, and their responsive pleading is due on or before January 20, 2025. (Doc. 31); (*see* Docs. 25, 26, 27, 28, 29, 30). The parties request to extend the time for all County Defendants to file a responsive pleading to the complaint on or before January 20, 2025, to avoid multiple filings for County Defendants. (Doc. 31).

In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local Rule 144(d). While the Court finds good cause to grant the requested extension, here, it should have become apparent to the parties that they required an extension of time for Defendant Sabrina Neubauer to file a response to the complaint before (not after) the November 27, 2024, filing deadline. The Court disfavors granting relief *nunc pro tunc* and admonishes the parties to exercise better care and to adhere to this Court's Local Rules in all future filings.

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that all County Defendants shall have until **January 20, 2025**, to file an answer or other responsive pleading to Plaintiffs' complaint. *See* Local Rule 144(a). Absent extraordinary circumstances, no further extensions of the filing deadline will be granted.

IT IS SO ORDERED.

Dated:   **December 3, 2024**

UNITED STATES MAGISTRATE JUDGE

2