UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZARAH ZAMBRANO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KERN, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-01234-KES-CDB <br><br> ORDER ON THIRD STIPULATED REQUEST TO EXTEND TIME FOR FILING OF RESPONSE TO COMPLAINT <br><br> (Doc. 36) |

**Background**

Plaintiffs Dutchlynn Broitzmann ("D. Broitzmann") and Oscar Zambrano ("O. Zambrano") (collectively, "Plaintiffs"), as the natural parents and purported successors in interest of decedent Zarah Zambrano, commenced this action against the County of Kern and numerous individual defendants with their filing of a complaint on October 9, 2024. (Doc. 1). On November 21, 2024, the Court extended time for Defendant County of Kern to respond to the complaint until January 3, 2025, and continued the January 14, 2025, scheduling conference to February 6, 2025, at 9:00 a.m. (Doc. 24). On December 3, 2024, the Court extended *nunc pro tunc* the deadline for all County Defendants to respond to the complaint (January 20, 2025). (Doc. 32).

**Third Stipulated Request to Extend Time To Respond to Complaint**

Pending before the Court is the parties' third stipulated request to extend time for Defendants Guadalupe Monreal, Jennifer Ramirez, Sabrina Neubauer, Christina Alegria, Tanya

Winston, Sharon Flemming, Tiffany Jones, and County of Kern (collectively, "County Defendants") to respond to the complaint, timely filed on January 17, 2025. (Doc. 36). The parties represent that County Defendants have not yet appeared in this action but have been served. (*Id.* ¶ 2). The parties represent that County Defendants' responsive pleading is currently due on or before January 20, 2025. (*Id.* ¶ 3). The parties represent they attempted to meet and confer regarding the merits of Defendants' prospective 12(b) motion on January 15, 2025, but were unable to engage in a meaningful discussion absent more detailed information regarding perceived defects in the complaint. (*Id.* ¶ 4). The parties represent that counsel for Defendants agreed to provide counsel for Plaintiffs with a copy of Defendants' proposed motion for review in order to further advance the meet and confer process. (*Id.* ¶ 5). The parties represent that all counsel for the parties agreed to reconvene for further meet and confer discussions to attempt to resolve any pleading issues without further involvement of the Court. (*Id.* ¶ 6). Counsel for the parties agree that they shall complete their meet and confer efforts by no later than January 31, 2025, by which time Plaintiffs' counsel shall notify Defendants' counsel of their intention to stand on the complaint as presently constituted or, alternatively, to amend it. (*Id.* at 2). The parties further agree that any such amendment must be filed on or before February 10, 2025, and should Plaintiffs not amend their complaint, any responsive pleading must be filed by February 18, 2025. (*Id.*).

Based on the parties' representations of their ongoing meet and confer efforts to resolve pleading issues, the Court finds good cause for a final extension of time for County Defendants to file a responsive pleading to the complaint. Absent extraordinary circumstances, no further extensions of the filing deadline will be granted.

**Conclusion and Order**

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Counsel for the parties shall have until **January 31, 2025**, to complete their meet and confer efforts regarding the pleading issues addressed in the parties' stipulation;
2. Plaintiffs shall have until **February 10, 2025**, to file any first amended complaint; and

2

3. Should Plaintiffs not amend their complaint, County Defendants shall have until **February 18, 2025**, to file any responsive pleading to the operative complaint. *See* E.D. Cal. L.R. 144(a).

**Absent extraordinary circumstances, no further extensions of the deadline for the filing of responsive pleadings will be granted.**

IT IS SO ORDERED.

Dated: **January 21, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

3