e

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZARAH ZAMBRANO, *et al.*, | Case No. 1:24-cv-01234-KES-CDB |
| Plaintiffs, | ORDER GRANTING DEFENDANTS' SUBSTITUTIONS OF ATTORNEY |
| v. | (Doc. 69) |
| COUNTY OF KERN, *et al.*, | |
| Defendants. | |

The Court has read and considered the filed request for approval of substitution of counsel for Defendants County of Kern, Guadalupe Monreal, Jennifer Ramirez, Sabrina Neubauer, Christina Alegria, Tanya Winston, Sharon Flemming, and Tiffany Jones (collectively, "Defendants") to substitute James D. Weakley, Leslie M. Dillahunty, and Penn L. Caine as counsel of record in place of Andrew C. Hamilton, Kimberly L. Marshall, and Marshall S. Fontes. (Doc. 69).

In light of the requests and for good cause appearing, the substitutions of attorney are GRANTED.

IT IS SO ORDERED.

Dated: __**May 15, 2026**__　　　　　　_____

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE